IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JERRY J. ELLIS**  **PLAINTIFF**
**ADC # 78658**

v. CASE NO. 2:24-CV-00149-BSM

**WILLIAM F. STRAUGHN,** *et al.*  **DEFENDANTS**

## ORDER

Having reviewed the record *de novo*, Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 5] is adopted and Jerry Ellis's complaint is dismissed without prejudice because he has failed to pay the $405 filing fee and for failure to prosecute. The clerk is directed to close the case.

IT IS SO ORDERED this 21st day of October, 2024.

_____
UNITED STATES DISTRICT JUDGE