IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JERRY J. ELLIS**                                                                        **PLAINTIFF**
**ADC # 78658**

v.                  **CASE NO. 2:24-CV-00149-BSM**

**WILLIAM F. STRAUGHN,** *et al.*                                   **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 21st day of October, 2024.

_____
UNITED STATES DISTRICT JUDGE